# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ORN, | ) 1:04cv5761 DLB |
| | ) |
| Plaintiff, | ) ORDER REMANDING ACTION FOR |
| | ) PAYMENT OF BENEFITS |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

On September 17, 2007, the Ninth Circuit Court of Appeals granted Plaintiff's appeal and instructed this Court to remand the action to the Commissioner for calculation of benefits.

Accordingly, this action is REMANDED to the Commissioner for calculation of benefits. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **January 28, 2008**                    **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE